**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| BROWARD BEHAVIORAL HEALTH COALITION<br><br>Plaintiff,<br><br>vs.<br><br>PURDUE PHARMA L.P., et al.,<br><br>Defendants. | **Case No.: 1:19-op-45338-DAP**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

COMES NOW Plaintiff, Broward Behavioral Health Coalition, by and through its undersigned attorney, and under Federal Rule of Civil Procedure 41(a)(1), hereby dismisses without prejudice all claims against Purdue Pharma L.P., et al.

Respectfully submitted this 25th day of August 2026.

By: */s/ James D. Young*______________
JAMES D. YOUNG
FL BAR NO. 567507
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
501 Riverside Avenue
Suite 1200
Jacksonville, FL 32202
Tel: 904/361-0012
jyoung@forthepeople.com

*Attorney for Plaintiff*

**Approved. So Ordered.**

***s/Dan Aaron Polster***
**DAN AARON POLSTER**
**U.S. DISTRICT JUDGE**

**Dated: 8/26/2026**